# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN KOE, | : | CASE NO. 1:22-CV-1455-DAP |
| Plaintiff | : | JUDGE DANIEL A. POLSTER |
| v. | : | |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al. | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

Defendants University Hospitals Health Systems, Inc. ("UHHS") and University Hospitals Cleveland Medical Center ("UHCMC") (UHHS and UHCMC are collectively, "Defendants") hereby notifies the Court that *pro se* Plaintiff, John Koe, has been served with a copy of Defendants' Motion to Dismiss.

Plaintiff confirmed receipt of the Motion to Dismiss on September 16, 2022, the day it was filed. Plaintiff however, subsequently refused to accept that he had service of the Motion and would not accept service of the Motion via email. Instead, Plaintiff demanded that Defendants mail a copy of the Motion to the post office box on record with this Court. Accordingly, Defendants sent a service copy of the Motion to Plaintiff at the post office box listed with the Court on September 26, 2022. Thus, Defendants have satisfied their service obligations with respect to the Motion.

4879-6134-7127.2

Respectfully Submitted,

*/s/ David A. Campbell*
David A. Campbell (0066494)
Donald G. Slezak (0092422)
LEWIS BRISBOIS BISGAARD & SMITH LLP
1375 E. 9th Street, Suite 2250
Cleveland, Ohio 44114
Telephone:  216-344-9422
Facsimile:    216-344-9421
david.a.campbell@lewisbrisbois.com
donald.slezak@lewisbrisbois.com

*Attorneys for Defendant*

4879-6134-7127.2

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 7th day of October 2022, the foregoing *Notice of Service* was filed electronically. Notice of this filing has been sent via regular U.S. mail to the following *pro se* Plaintiff at the following address:

John Koe, a pseudonym
PO Box 527
Novelty, OH 44072-0527
john@johnkoe.org

*Pro se* Plaintiff

             */s/ David A. Campbell*
             Donald G. Slezak (0092422)
             *One of the Attorneys for Defendant*

4879-6134-7127.2