**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN KOE,** | ) | **CASE NO. 1:22 CV 01455 JUDGE** |
| | ) | |
| **Plaintiff,** | ) | **DAN AARON POLSTER** |
| | ) | |
| **vs.** | ) | <u>**JUDGMENT ENTRY**</u> |
| | ) | |
| **UNIVERSITY HOSPITALS HEALTH** | ) | |
| **SYSTEM, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

For the reasons stated in this Court's accompanying Memorandum Opinion and Order, Plaintiff's claims are dismissed pursuant to 28 U.S.C. § 1915(e). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED**.

_____  10/13/2022
**DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE**