FILED

NOV 09 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN KOE** | ) | CASE NO. 1:22-CV-01455 |
| | ) | |
| **Plaintiff** | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | |
| | ) | |
| **UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT AND FOR RECONSIDERATION OF THE OCTOBER 13, 2022 ORDER DISMISSING PLAINTIFF'S ACTION, THE ORDER DENYING PLAINTIFF'S REQUEST TO PROCEED UNDER A PSEUDONYM, AND THE ORDER ENTERED ON OCTOBER 11, 2022**

Plaintiff respectfully moves this court, pursuant to Fed. R. Civ.P. 59 to alter its Order and Judgement dismissing Plaintiff's claims entered on October 13, 2022 based on a clear error of law and the need to prevent manifest injustice. *See, Intera Corp. v. Henderson,* 428 F.3d 605, 620 (6 Cir. 2005). Plaintiff respectfully requests that the Court reconsider its Order of October 13, 2022 and reverse its dismissal of Plaintiff's action and allow him to proceed under a pseudonym for the reasons explained in the simultaneously submitted memorandum.

Plaintiff additionally respectfully moves this court, pursuant to Fed. R. Civ.P. 59, to alter its Order entered on October 11, 2022 based on a clear error of law and the need to prevent manifest injustice. *See, Intera Corp. v. Henderson,* 428 F.3d 605, 620 (6 Cir. 2005). Plaintiff respectfully requests that the Court reconsider its Order of October 11, 2022 and reverse or

vacate its decision to issue a restraining order in order to correct clear errors of law and prevent a manifest injustice including, but not limited to, a constitutional issue of "prior restraint" of 1st Amendment rights.

Dated: November 9, 2022

Respectfully submitted,

*John Koe*

John Koe
PO Box 527
Novelty OH 44072-0527
Tel: (330) 732-5001
Email: john@johnkoe.org

Plaintiff, *pro se*