## CERTIFICATE OF SERVICE

I certify that on November 9, 2022, a copy of the foregoing was filed with the clerk of the District Court. Notice of this filing should be sent to all parties registered as users in CM/ECF who may access this filing through the Court's electronic filing system.

Dated: November 9, 2022

*John Koe*

John Koe
PO Box 527
Novelty OH 44072-0527
Tel: (330) 732-5001
Email: john@johnkoe.org

Plaintiff, *pro se*