AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| JOHN KOE <br><br> *Plaintiff(s)* <br> v. <br><br> UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:22-cv-1455-DAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        UNIVERSITY HOSPITALS HEALTH SYSTEM, INC.
        C/O ACFB INCORPORATED, STATUTORY AGENT
        200 PUBLIC SQUARE, STE 2300
        CLEVELAND OH 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        JOHN KOE
        PO BOX 527
        NOVELTY OH 44072-0527

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                              *SANDY OPACICH, CLERK OF COURT*

Date: _____                        _____
                                                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| JOHN KOE | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 1:22-cv-1455-DAP | |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER
> C/O ACFB INCORPORATED, STATUTORY AGENT
> 200 PUBLIC SQUARE, STE 2300
> CLEVELAND OH 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> JOHN KOE
> PO BOX 527
> NOVELTY OH 44072-0527

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*