UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
NOV 14 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| JOHN KOE | CASE NO. 1:22-CV-01455 |
| Plaintiff | JUDGE DAN AARON POLSTER |
| vs. | |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al., | |
| Defendants. | |

## NOTICE OF APPEAL

Plaintiff, John Koe, appeals to the United States Court of Appeals for the Sixth Circuit from the Order and final Judgment dismissing Plaintiff's entire action under 28 U.S.C. 1915(e) entered on October 13, 2022. (Docs #7 and #8), from the Order issuing a protective order prohibiting Plaintiff from communicating with Defendants' officers, employees, or affiliates entered on October 11, 2022 (Doc #6), from the Order denying Plaintiff's motion for reconsideration and to alter/amend judgment entered on November 10, 2022 (Doc #10), and from the certification(s) that an appeal could not be taken in good faith (Docs #8 and #10).

Dated: November 14, 2022

Respectfully submitted,

*John Koe*
John Koe
PO Box 527
Novelty OH 44072-0527
Tel: (330) 732-5001
Email: john@johnkoe.org

Plaintiff, *pro se*

## CERTIFICATE OF SERVICE

I certify that on November 14, 2022, a copy of the foregoing was filed with the clerk of the District Court. Notice of this filing should be sent to all parties registered as users in CM/ECF who may access this filing through the Court's electronic filing system.

Dated: November 14, 2022

John Koe
PO Box 527
Novelty OH 44072-0527
Tel: (330) 732-5001
Email: john@johnkoe.org

Plaintiff, *pro se*