# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**FILED**
NOV 28 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## Transcript Order for Pro Se Parties

Only parties not represented by counsel may use this form. Attorneys must file transcript orders electronically in CM/ECF. Include on this form all transcripts that you are ordering from *one* court reporter. Use a separate form for each court reporter.

| SHORT CASE TITLE | NAME OF DISTRICT COURT | DISTRICT COURT CASE NUMBER |
|---|---|---|
| John Koe v. University Hospitals Health Systems, Inc., *et al* | Northern District of Ohio at Cleveland | 1:22-cv-01455 |
| COURT OF APPEALS CASE NUMBER<br>22-3952 | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT<br>November 14, 2022 | |
| | COURT REPORTER<br>N/A | NAME OF ORDERING PARTY<br>John Koe |

**A. Check the applicable provision:**
☐ I am ordering a transcript (See Section B)
☒ I am not ordering a transcript

Reason for not ordering a transcript:
☐ Transcript is already on file in district court
☐ Transcript is unnecessary for appeal purposes
☒ No Hearings

**B.** Provide a description, including dates, of the proceedings for which a transcript is required (i.e. oral argument, sentencing, etc.)

Method of Payment ☐ Private Funds ☐ Other

**C.** When transcript is funded by the Criminal Justice Act, transcript of the following proceedings will be provided only if specially authorized by the district court

☐ Voir Dire
☐ Jury Instructions
☐ Opening statement of plaintiff
☐ Closing argument of plaintiff
☐ Opening statement of defendant
☐ Closing argument of defendant

**D.** Deliver transcript to: (Appellant's name, address, telephone)

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for dismissal of appeal.

**E.** I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| ORDERING PARTY'S SIGNATURE | DATE |
|---|---|
| /s/ John Koe | 11/28/2022 |

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

**THIS ORDER FORM MUST BE SENT TO BOTH THE COURT REPORTER AND THE COURT OF APPEALS.**