IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JOHN KOE,** ) | **Case No.** 1:22-cv-1455 |
| ) | |
| Plaintiff, ) | **JUDGE:** Daniel A. Polster |
| ) | |
| *vs*. ) | |
| ) | |
| **UNIVERSITY HOSPITALS HEALTH** ) | |
| **SYSTEMS, INC. *et al.*,** ) | |
| ) | |
| Defendants ) | |

## NOTICE OF CHANGE OF FIRM AND CHANGE OF ADDRESS

Attorneys David A. Campbell and Donald Slezak of the law firm Gordon Rees Scully Mansukhani, LLP hereby give notice to this Court and to all parties that they are no longer with the firm of Lewis Brisbois Bisgaard & Smith LLP. It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as counsel of record for Defendants at their new contact information below:

David A. Campbell
Gordon Rees Scully Mansukhani, LLP
600 Superior Ave., East
Suite 1300
Cleveland, OH 44114
Phone: (216) 302-2531/Fax: (216) 539-0026
dcampbell@grsm.com

Donald G. Slezak
Gordon Rees Scully Mansukhani, LLP
600 Superior Ave., East
Suite 1300
Cleveland, OH 44114
Phone: (216) 302-2531/Fax: (216) 539-0026
dslezak@grsm.com

        Respectfully submitted,

        */s/ David A. Campbell*
        David A. Campbell (0066494)
        Donald G. Slezak (0092422)
        Gordon Rees Scully Mansukhani, LLP
        600 Superior Ave., East
        Suite 1300
        Cleveland, OH 44114
        Phone: (216) 302-2531
        Fax: (216) 539-0026
        Email: dcampbell@grsm.com
           dslezak@grsm.com

        *Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the County's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David A. Campbell*
David A. Campbell    (0066494)