# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-3952

_____

Filed: May 13, 2024

JOHN KOE, a pseudonym

      1:22cv1455 - DAP

    Plaintiff - Appellant

v.

UNIVERSITY HOSPITALS HEALTH SYSTEM, INC.; UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 03/08/2024 the mandate for this case hereby issues today.  Affirmed


COSTS:  None