IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN KOE, | Case No. 1:22-cv-1455 |
| Plaintiffs, | |
| v. | JUDGE DAN AARON POLSTER |
| UNIVERSITY HOSPITAL HEALTH SYSTEMS, INC., | **ORDER** |
| Defendant. | |

Plaintiff John Koe has moved the Court for leave to file a Fed.R.Civ.P. 60(b)(4) motion for relief from judgment on the basis that the Court's previous judgment is void.  ECF Doc. 19,  The Court DENIES Plaintiff's motion because the Court's previous judgment (ECF Doc. 8) is not void, and allowing Plaintiff to file a motion for relief from the judgment would be futile.

The Court's previous judgment indicated that Plaintiff was not permitted to proceed anonymously in this case.  As that portion of the Court's judgment was affirmed on appeal (ECF Doc. 17); it is obviously not void.  Plaintiff is permitted to re-file his claims, but he may not do so anonymously.  The Court DENIES Plaintiff's motion for leave to file a motion for relief from judgment.

**IT IS SO ORDERED.**

Dated: May 30, 2024

*s/Dan Aaron Polster*
United States District Judge