UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

SEP 11 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| **NICHOLAS KRUDY** (fka John Koe) | ) ) ) |
| Plaintiff | ) ) ) CASE NO. 1:22-CV-01455 |
| vs. | ) ) ) |
| **UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al.,** | ) ) ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION TO AMEND CAPTION

Plaintiff Nicholas Krudy (fka "John Koe") moves to Amend the Caption identifying the parties in the instant matter, to wit: henceforth identify Plaintiff by his legal name, Nicholas Krudy, and note his previous identification under a pseudonym by the subtitle (fka John Koe).

Dated: September 11, 2024

Respectfully Submitted,

*[signature]*

Nicholas Krudy
PO Box 527
Novelty OH 44072-0527

Tel: (330) 732-5001

Plaintiff, for himself

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2024, I deposited a copy of the forgoing Motion for Amend Caption with the Clerk of the United States Court for the Northern District of Ohio. When the Clerk scans and uploads the document into CM/ECF, notice of this filing and service will be sent to all parties who are CM/ECF system users.

Nicholas Krudy