IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN KOE, | ) | Case No. 1:22-cv-1455 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| UNIVERSITY HOSPITAL HEALTH SYSTEMS, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

On October 30, 2024, Plaintiff filed two motions seeking to re-open this case and amend his initial complaint.  ECF Docs. 24 and 25.  This case has been closed for over two years, and the Court has already denied prior attempts by Plaintiff to re-open it. *See* ECF Doc. 23.  As already ordered, Plaintiff must file his claims in a new lawsuit using his real name.  Whether Plaintiff's claims relate back to his initial filing will be determined if and when Plaintiff commences a new case.  Plaintiff's motion for leave to file amended complaint (ECF Doc. 24) and motion to reopen/reinstate case (ECF Doc. 25) are DENIED.

Dated: October 31, 2024

*s/Dan Aaron Polster*
United States District Judge