United States District Court

Northern District of Ohio

**FILED**

DEC 0 2 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Docket No. 1:22-CV-01455

| | |
|---|---|
| Nicholas Krudy<br>(fka. John Koe), )<br><br>Plaintiff )<br><br>v. )<br><br>University Hospitals Health )<br>System, Inc. & University Hospitals )<br>Cleveland Medical Center, )<br><br>Defendants ) | **Notice of Appeal** |

Nicholas Krudy (fka. John Koe) appeals to the United States Court of Appeals for the Sixth Circuit from the final order refusing to allow this case to continue (ECF 26) entered on October 31, 2024 and earlier related order(s) including the order denying relief from judgment and to amend the caption (ECF 23) entered on September 12, 2024.

Dated: November 30, 2024

Nicholas Krudy
PO Box 527
Novelty OH 44072-0527

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I deposited a copy of the foregoing Notice of Appeal with the Clerk of the United States Court for the Northern District of Ohio. When the Clerk scans and uploads the document into CM/ECF, notice of this filing and service will be sent to all parties who are CM/ECF system users.

Nicholas Krudy