IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN KOE, | ) | Case No. 1:22-cv-1455 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| UNIVERSITY HOSPITAL HEALTH SYSTEMS, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

On February 25, 2025, Plaintiff filed a motion for relief from the Court's final decision. ECF Doc. 28. As stated in prior orders, this case has been closed since October 2022, and the Court has already denied prior attempts by Plaintiff to re-open it. *See* ECF Doc. 23. Most recently, in October 2024, the Court denied Plaintiff's attempt to reopen/reinstate the case and amend his complaint. See ECF Doc. 24 and 25. The Court advised Plaintiff that he must file his claims in a *new lawsuit* using his real name. ECF Doc. 26. Plaintiff has appealed that decision, and his appeal is still pending. Because this Court has already denied Plaintiff's motion seeking this relief (to re-open and amend), and that decision is on appeal, the Court DENIES Plaintiff's latest motion for relief from the Court's final decision. ECF Doc. 28.

Dated: February 26, 2025

*s/Dan Aaron Polster*
United States District Judge