United States District Court
Northern District of Ohio

Docket No. 1:22-CV-01455

| | |
|---|---|
| John Koe, a pseudonym (aka Nicholas Krudy),  )  )  ) | FILED<br>MAR 18 2025<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF OHIO<br>CLEVELAND |
| Plaintiff  )  ) | |
| v.  )  ) | **Amended Notice of Appeal** |
| University Hospitals Health  ) System, Inc.; University Hospitals  ) Cleveland Medical Center,  )  )  ) | Appeal No. 24-4035 |
| Defendants  ) | |

    Plaintiff John Koe, a pseudonym (l/k/a Nicholas Krudy) appeals to the United States Court of Appeals for the Sixth Circuit from the final order refusing to allow this case to continue (ECF 26) entered on October 31, 2024; the earlier related order(s) including the order denying relief from judgment and to amend the caption (ECF 23) entered on September 12, 2024; and the order denying reconsideration with the benefit of a proposed amended complaint (ECF 29) entered on February 26, 2025.

Dated: March 18, 2025

                                                                              */s/ Nicholas Krudy*

                                                   John Koe, a pseudonym
                                                   l/k/a Nicholas Krudy

                                                   Plaintiff, for himself
                                                   Nicholas Krudy
                                                   PO Box 527
                                                   Novelty OH 44072-0527

CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2025, I deposited a copy of the foregoing Notice of Appeal with the Clerk of the United States Court for the Northern District of Ohio. When the Clerk scans and uploads the document into CM/ECF, notice of this filing and service will be sent to all parties who are CM/ECF system users.

Nicholas Krudy

aka John Koe, a pseudonym